Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
**MANNING LAW, APC**
20062 SW Birch Street, Ste. 200
Newport Beach, CA 92660
Office: (949) 200-8755
DisabilityRights@manninglawoffice.com

Attorney for Plaintiff: JAMES RUTHERFORD

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>TRU 2005 RE I, LLC, a Delaware limited liability company; and DOES 1-10, inclusive,<br><br>Defendants. | **Case No**. 5:19-cv-02375-ODW-SP<br><br>Hon. Judge Otis D. Wright II<br><br>**JOINT STIPULATION TO FILE FIRST AMENDED COMPLAINT**<br><br>Complaint Filed: December 11, 2019<br>Trial Date: None |

1
**JOINT STIPULATION TO FILE FIRST AMENDED COMPLAINT**

13005779 v1

**TO THE COURT AND ALL PARTIES:**

It is hereby stipulated that Plaintiff JAMES RUTHERFORD ("Plaintiff") and TRU 2005 RE I, LLC ("Defendant") agree, pursuant to Fed. R. Civ. Proc. 15(a)(2) and L.R. 15-1 through 15-3, to amend the complaint.

"The court should freely give leave when justice so requires." The Ninth Circuit requires that this policy favoring amendment be applied with "extreme liberality." *Morongo Band of Mission Indians v. Rose*, 893 F.2d 1074, 1079 (9th Cir. 1990).

The proposed First Amended Complaint replaces the name of Defendant "TRU 2005 RE I, LLC" to "HAN & BROTHERS CAPITAL, LLC" in the case caption; on page 1, lines 17 and 24; and on page 2, lines 13 and 18. This redlined copy also includes revisions to remove any language relating to Plaintiff's Unruh Act claim, as a result of the Court's decision on January 7, 2020, not to exercise supplemental jurisdiction. The redlined copy of the First Amended Complaint removes this language on page 1, lines 19 through 21; page 3, lines 4 through 9; page 8, lines 13 through 28; page 9 lines 1 through 4; and page 9, lines 15 through 16.   No other changes are made in the proposed First Amended Complaint.

The Parties hereby stipulate and agree pursuant, by and through their undersigned counsel, that the Court may enter an Order:

1. Granting Plaintiff leave to amend to file his First Amended Complaint, which is attached as **Exhibit A**; and

2. That Plaintiff will dismiss without prejudice Defendant TRU 2005 RE I, LLC within fourteen days of the First Amended Complaint being filed.  The Parties further stipulate that Defendant TRU 2005 RE I, LLC shall have no obligation to answer or otherwise respond to the original Complaint in the interim, and that the absence of such an answer or other response shall not operate or be construed as an admission or default in any way.

////

| | |
|---|---|
| Dated: January 30, 2020 | MANNING LAW, APC |
| | By: /s/ Joseph R. Manning Jr., Esq. |
| | Joseph R. Manning Jr., Esq. |
| | Attorney for Plaintiff |
| Dated: January 30, 2020 | Benesch, Friedlander, Coplan & Aronoff LLP |
| | By: /s/ Jennifer Miller |
| | Jennifer Miller, Esq. |
| | Attorney for Defendant |

**JOINT STIPULATION TO FILE FIRST AMENDED COMPLAINT**

13005779 v1

**Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), signatories hereby do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.