1  Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
   **MANNING LAW, APC**
2  20062 SW Birch St., Suite 200 Newport Beach, CA 92660
3  Office: (949) 200-8755 Fax: (866) 843-8308
4  ADAPracticeGroup@manninglawoffice.com

5  Attorneys for Plaintiff:
6  JAMES RUTHERFORD

7

8  **JEFFER MANGELS BUTLER & MITCHELL LLP**
   MATTHEW S. KENEFICK (Bar No. 227298)
9  mkenefick@jmbm.com
   LAUREN E. BABST (Bar No. 313156)
10 lbabst@jmbm.com
11 Two Embarcadero Center, 5th Floor
   San Francisco, CA 94111-3813
12 Telephone: (415) 398-8080
13 Facsimile: (415) 398-5584

14
   Attorneys for Defendant Han & Brothers Capital, LLC
15

16                    **UNITED STATES DISTRICT COURT**

17                    **CENTRAL DISTRICT OF CALIFORNIA**

18

| | |
|---|---|
| JAMES RUTHERFORD, an individual, | Case No.: 5:19-cv-02375-ODW-SP |
| Plaintiff, | Hon. Otis D. Wright |
| v. | **JOINT NOTICE OF SETTLEMENT** |
| HAN & BROTHERS CAPITAL, LLC, a California limited liability company; and DOES 1-10, inclusive, | Complaint Filed: December 11, 2019<br>Trial Date: None Set |
| Defendants. | |

JOINT NOTICE OF SETTLEMENT

1

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

Plaintiff, JAMES RUTHERFORD, and Defendant, SIERRA CORWIN, LLC (the "Parties") have reached a settlement in this matter and expect to file a joint stipulation for dismissal of the action pending completion of certain terms of the confidential settlement agreement.

Dated: June 1, 2020                     **MANNING LAW, APC**

                                                 By:     */s/ Joseph R. Manning, Jr. Esq.*
                                                                               Joseph R. Manning, Jr., Esq.
                                                                               Attorneys for Plaintiff,
                                                                               James Rutherford

Dated: June 1, 2020                     **JEFFER MANGELS BUTLER & MITCHELL LLP**

                                                 By:     */s/ Matthew S. Kenefick, Esq.*
                                                                               Matthew S. Kenefick
                                                                               Attorney for Defendant,
                                                                               Han & Brothers Capital, LLC

## CERTIFICATE OF SERVICE

I certify that on June 1, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via email transmission and via transmission of Electronic Filing generated by CM/ECF.

                                                                            Respectfully submitted,

Dated: June 1, 2020                     **MANNING LAW, APC**

                                                 By:     */s/ Joseph R. Manning, Jr. Esq.*
                                                                               Joseph R. Manning, Jr., Esq.
                                                                               Attorneys for Plaintiff