JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>HAN & BROTHERS CAPITAL, LLC, a California limited liability company; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 5:19-cv-02375-ODW(SP)<br><br>**ORDER DISMISSAL WITH PREJUDICE** |

1  After consideration of the Joint Stipulation for Dismissal of the entire action
2  with Prejudice filed by Plaintiff James Rutherford ("Plaintiff") and Han & Brothers
3  Capital, LLC ("Defendant"), the Court hereby enters a dismissal with prejudice of
4  
5  Plaintiff's Complaint in the above-entitled action, in its entirety.  Each party shall
6  bear his or its own costs and attorneys' fees.

     IT IS SO ORDERED.

DATED:  June 24, 2020

                               UNITED STATES DISTRICT JUDGE